Rob Bonta
Attorney General of California
Catherine Woodbridge
Supervising Deputy Attorney General
Ashley Reyes
Deputy Attorney General
State Bar No. 312120
  2550 Mariposa Mall, Room 5090
  Fresno, CA  93721-2271
  Telephone: (559) 705-2312
  Fax: (559) 445-5106
  E-mail:  Ashley.Reyes@doj.ca.gov
*Attorneys for Defendant California Highway Patrol,*
*by and through the State of California*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LORNA BIEN-AIME,** | Case No. |
| Plaintiff, | [Los Angeles Sup. Ct. Case No. 20STLC03850] |
| v. | **JOINT NOTICE OF REMOVAL OF ACTION [28 U.S.C.§1441(a)]** |
| **CITY OF LOS ANGELES, A PUBLIC ENTITY; COUNTY OF LOS ANGELES, A PUBLIC ENTITY; STATE OF CALIFORNIA, A PUBLIC ENTITY AND DOES 1 TO 100,** | Trial Date: TBD<br>Action Filed: May 5, 2020 |
| Defendants, | |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

Defendants State of California, County of Los Angeles, and City of Los Angeles, hereby gives notice of the removal of the above action from the Superior Court of California, in and for the County of Los Angeles, to the United States District Court, Central District of California.

The removal is based on the following grounds:

1.    On May 5, 2020, Plaintiff, Lorna Bien-Aime (Plaintiff ) commenced this action against Defendant by filing a complaint for damages with the Superior Court of California,

1

County of Los Angeles, entitled *Lorna Bien-Aime v. City of Lo Angeles, County of Los Angeles, State of California, and Does 1 to 100,* Case No. 20STLC03850.

2.      The State of California was served with notice of this action on May 17, 2022 when Defendant State of California was served with a copy of the Complaint. *Declaration of Ashley N. Reyes*, para. 3 and Exhibit A.

3.      In this civil action Plaintiff claims causes of action under 42 U.S.C. §1983, for which the United States District Court, Central District of California, has jurisdiction under 28 U.S.C. section 1331 and is one which may be removed to this court by Defendants pursuant to the provisions of 28 U.S.C. 1441(a).

4.      All Defendants consent to the removal of this action to the United States District Court, Central District of California. *Declaration of Ashley N. Reyes,* paras. 4-5.

Dated:  June 10, 2022

ROB BONTA
Attorney General of California
CATHERINE WOODBRIDGE
Supervising Deputy Attorney General

          */s/ Ashley Reyes*
ASHLEY REYES
Deputy Attorney General
*Attorneys for Defendants*
*California Highway Patrol*

Dated: June 10, 2022

Los Angeles City Attorney's Office

          /s/ *Emily Cohen*[1]
Emily Cohen
Deputy City Attorney
*Attorney for Defendant City of Los Angeles*

[1] Electronic signature approved via email on June 10, 2022

2

1

2    Dated: June 10, 2022                          Fuentes & McNally, LLP

3
                                                        */s/ Raymond J. Fuentes*[2]
4                                                   Raymond J. Fuentes
                                                    *Attorney for Defendant*
5                                                   *County of Los Angeles*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
_____
[2] Electronic signature approved via email on June 10, 2022.

3

Joint Notice of Removal (20STLC03850)

# CERTIFICATE OF SERVICE

Case Name:   ***Lorna Bien-Aime v. City of Los
             Angeles, et al.***          No.   **20STLC03850**

I hereby certify that on June 13, 2022, I electronically filed the following documents with the
Clerk of the Court by using the CM/ECF system:

**JOINT NOTICE OF REMOVAL OF ACTION**

**[28 U.S.C. 1441(a)]**

I certify that **all** participants in the case are registered CM/ECF users and that service will be
accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States
of America the foregoing is true and correct and that this declaration was executed on June 13,
2022, at Fresno, California.

| | |
|---|---|
| Carol Borunda | */s/ Carol Borunda* |
| Declarant | Signature |

LA2022601798
95451693.docx